No. 952. ORDER OF RAILWAY CONDUCTORS OF AMERICA ET AL. *v.* PITNEY ET AL., TRUSTEES, ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. V. C. Shuttleworth, Rufus G. Poole* and *James D. Carpenter, Jr.* for petitioners. *Messrs. Harry Lane* and *Robert Carey* for respondents.

No. 1033. ROLAND ELECTRICAL CO. *v.* WALLING, ADMINISTRATOR. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. O. R. McGuire* for petitioner. *Solicitor General Fahy, Messrs. Robert L. Stern, Douglas B. Maggs, George M. Szabad* and *Miss Bessie Margolin* for respondent.

No. 849. MARTINO *v.* MICHIGAN WINDOW CLEANING Co. June 18, 1945. The order denying certiorari, 324 U. S. 849, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted. *Mr. Daniel D. Carmell* for petitioner. *Mr. Larry S. Davidow* for respondent.

No. 1266. BOUTELL ET AL. *v.* WALLING, ADMINISTRATOR. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Harry G. Gault* for petitioners. *Assistant Solicitor General Cox, Mr. Douglas B. Maggs* and *Miss Bessie Margolin* for respondent.